# COHEN MATUKAITIS LLC

AARON GRAY COHEN, ESQ.*
AGC@COHENMATUKAITIS.COM

LISA MATUKAITIS, ESQ.**
LM@COHENMATUKAITIS.COM

115 PINE STREET SUITE 100
HARRISBURG, PENNSYLVANIA 17101
P717-823-6460 | F717-823-6499
WWW.COHENMATUKAITIS.COM

*ADMITTED TO PRACTICE IN PA, CT & MA
**ADMITTED TO PRACTICE IN PA & CT

Lisa Matukaitis
lmcohenlaw@verizon.net

December 19, 2007

<u>Via ECF System</u>

The Honorable John E. Jones III
United States District Judge
Williamsport Division
U.S. Courthouse & Federal Office Building
240 West Third Street
Williamsport, PA  17701

  Re: <u>Marc Hagemeier v. Latrobe Publishing Co., Inc.
    Case No. 4:07cv1880 (Judge Jones)</u>

Dear Judge Jones,

  The parties in the above-referenced matter believe a resolution has been reached and are in the process of finalizing a settlement agreement. A case management conference has been scheduled for December 28, 2007. The parties are requesting a 60-day order suspending the scheduling deadlines so that a settlement can be finalized.

  Thank you for your time and consideration.

Respectfully yours,

*[signature]*

Lisa Matukaitis, Esquire

cc: Hayes C. Stover, Esquire
   Counsel for Latrobe Publishing Co., Inc.